# CRIMINAL COVER SHEET

U.S. District Court, Western District of Oklahoma

Petty ☐  Misdemeanor ☐  Felony ☑  Case No. CR-17-220-HE

Number of Counts: 1  Number of Defendants: 1  USAOID No.: ___  By: kh

## INFORMATION

Sealed: Yes ☐ No ☑   OCDETF: Yes ☐ No ☑   Notice ☑  Summons ☐  Writ ☐  Warrant ☐  to Issue

| DEFENDANT: **BRENNA KAY UNDERHILL** | |
|---|---|
| Alias(es): | Address: Yukon, OK 73099 |
| | Phone: |
| Age&DOB: 43; xx/xx/1974  SS#: xxx-xx-5159 | Juvenile: Yes ☐ No ☑  Interpreter: Yes ☐ No ☑ |
| SEX: M ☐ F ☑  RACE: White | Language/Dialect: English |

**Defendant Status:**

| ☑ Not in Custody | Type of Bond Recommended on this Charge: |
| | OR ☐  Cash ☐  10% ☐  Unsecured ☑  Surety ☐ |
| Bond set at: $   Date: Current Bond on Other Charge  Federal ☐ State ☐ | Bond in Amount of: $ 5,000 |
| ☐ In Jail at: | Under Prisoner/Register No.:   Detention ☐ |

**Prior Proceedings or Appearance(s) Before U.S. Magistrate Judge:**

| Case No. M- | Government Motion to Detain: Yes ☐ No ☐ |
| Complaint: Yes ☐ No ☐ | Bond Set:   Date: |

**Related Case Information:**

| Previous Case No. | Rule 20/Rule 5 from District of: |
| Additional Defendants: Yes ☐ No ☐ | Total Number of defendants: |

**Attorney Information:**

| Defense Counsel: Adam R. Banner | AUSA: Chris M. Stephens |
| Address: 1900 NW Expressway, Suite 603  Oklahoma City, OK 73118 | Phone: 405/553-8783  Fax: 405/553-8888 |
| Phone: 405/778-4800  Fax: 888-269-0602 | Federal Agent/Agency: FBI |
| Retained ☑  CJA Panel ☐  Public Defender ☐ | Local Agent/Agency: OCPD |

| Count(s) | USC Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 1343 | Wire Fraud | NMT 20 yrs imprisonment, NMT $250,000 fine, o/b; $100 SA; NMT 3 yrs S/R. If revoked, NMT 2 yrs imprisonment. |

Date: 9/25/17   Signature of AUSA: /s/ Chris Stephens   800/6-97