**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

**\*\*PHOTO ID IS REQUIRED FOR ANYONE ENTERING
THE FEDERAL COURTHOUSE\*\***

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | NO. CR-17-00220-001-HE |
| vs. | ) | |
| BRENNA KAY UNDERHILL, (Defendant on Bond) | ) | |
| Defendant. | ) | |

**NOTICE OF CRIMINAL PROCEEDING**

☒ *TAKE NOTICE* - that the following proceeding has been scheduled as indicated below before the Honorable Joe Heaton, United States District Court, Oklahoma City, Oklahoma:

**Type of Proceeding:**

**WAIVE AND FILE**

**PLACE**: United States Courthouse
200 NW 4th Street
Courtroom No. 301
Oklahoma City, Oklahoma 73102

**DATE AND TIME**:

**October 17, 2017, at 9:30 a.m.**

☒ *TAKE NOTICE* – defendant and defendant's counsel should be prepared to participate in the initial presentence interview with the U.S. Probation Office **immediately after the plea hearing**. The interview ordinarily takes 1 ½ to 2 hours.

Dated this 26th day of September, 2017.

**JOE HEATON, CHIEF U.S. DISTRICT JUDGE**

By: s/Christy Anderson
Deputy Clerk

cc: Chris Stephens, AUSA
Adam Banner, Esq.,
U.S. Marshal, Western District of Oklahoma
U.S. Probation and Pretrial Services Office