AO 458 (Rev. 01/09)  Appearance

# United States District Court
for the

_____  WESTERN  _____ DISTRICT OF _____ OKLAHOMA _____

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. CR-17-220-HE |
| ) | |
| BRENNA KAY UNDERHILL, ) | |
| ) | |
| Defendant. ) | |

## **APPEARANCE OF COUNSEL**

To:	The Clerk of Court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

the plaintiff, United States of America.

I am registered to file documents electronically with this court.

Date: September 26, 2017	*s/Chris M. Stephens*
	CHRIS M. STEPHENS
	Oklahoma Bar No. 20345
	Assistant U.S. Attorney
	Western District of Oklahoma
	210 Park Avenue, Suite 400
	Oklahoma City, Oklahoma 73102
	(405) 553-8783 (office)
	(405) 553-8888 (fax)
	chris.stephens@usdoj.gov

## CERTIFICATE OF SERVICE

       I hereby certify that on September 26, 2017, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants: Adam R. Banner.

                                              *s/ Chris M. Stephens*
                                              Assistant U.S. Attorney