# United States District Court
WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

        *Plaintiff*,

v.

BRENNA KAY UNDERHILL,

        *Defendant*.

**APPEARANCE**

CASE NUMBER: No. CR-17-220-HE

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for Defendant Brenna Kay Underhill; I certify that I am admitted to practice in this Court and am registered with the Court's ECF system.

September 27, 2017

*s/Adam R. Banner*
Adam R. Banner, OBA# 30480
Phillips, Coventon, Quillian, & Banner, PLLC
1900 Northwest Expressway, Suite 601
Oklahoma City, OK 73118
Telephone: (405) 418-8888
Facsimile: (405) 260-9573
*adamrbanner@gmail.com*

CERTIFICATE OF SERVICE

  X    I hereby certify that on September 27, 2017, I electronically transmitted the above document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

**Chris M. Stephens, Assistant United States Attorney**

/s/ Adam R. Banner
Adam R. Banner, OBA#30480