# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | NO. CR-17-00220-001-HE |
| ) | |
| BRENNA KAY UNDERHILL, ) | |
| Defendant. ) | |

## MINUTE SHEET OF PROCEEDINGS: ☐ CHANGE OF PLEA ☒ WAIVE AND FILE

| **Honorable Joe Heaton, Presiding** | Christy Anderson, Deputy Clerk |
|---|---|
| Sherri Grubbs, Court Reporter | Patricia Rivera, U.S. Probation Officer |
| | Date proceedings held: 10/17/2017 @ 9:30 a.m. to 10:00 a.m. Time in court: 30 minutes |

| Appearance for Government: Chris Stephens, AUSA | Appearance for Defendant: Adam Banner, Esq., |
|---|---|

**HEARING CONCLUDED:** ☒ Yes; ☐ No;

**Type of Proceedings held:**
- ☐ Change of Plea ☒ Waive and File ☐ Other: _____ ;
- ☒ Held on count(s) __1__ of the __1__ count:
- ☐ Indictment; ☒ Information; ☐ Superseding Indictment; ☐ Superseding Information filed: 9/25/2017;
- ☒ Defendant **SWORN**;
- ☒ Defendant enters a **plea** of: ☒ Guilty; ☐ Not Guilty; ☐ Other;
- ☒ Sentencing Guidelines applicable;

- ☒ Waiver of Jury Trial filed;
- ☒ Waiver of Indictment filed;
- ☒ Plea Agreement filed (*See* plea agreement for specifics); ☐ No Plea Agreement filed;
- ☒ Supplemental Plea Agreement filed under seal; ☐ No sealed supplemental plea agreement filed;
- ☒ Plea Petition filed; ☐ Plea Petition only filed;
- ☒ Sentencing Hearing to be set upon completion of the final presentence report;

- ☒ Defendant Bond: ☒ **Set**: Unsecured $10,000.00; ☐ Cash; ☐ Surety; ☐ 10%; ☐ Personal Recognize;
- ☐ Defendant failed to appear, **Bench Warrant** issued;
- ☐ Status of **Bond**: ☐ Continued; ☐ Forfeited;
- ☐ Defendant **Custody/Detention** Continued;
- ☐ Defendant **REMANDED** to the Custody of the U.S. Marshal pending sentencing;

| *Other Proceedings:* |
|---|
| |

*Rev.Minute.Guilty.2017*