IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| -vs- | ) | No. CR-17-220-HE |
| BRENNA KAY UNDERHILL, | ) | |
| Defendant. | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: October 17, 2017

_Brenna Underhill_
Defendant's signature

_[signature]_
Signature of defendant's attorney

Adam R. Banner
Printed name of defendant's attorney

_[signature]_
JOE HEATON
United States District Judge