# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

**\*\*PHOTO ID IS REQUIRED FOR ANYONE ENTERING THE FEDERAL COURTHOUSE\*\***

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO.  CR-17-00220-001-HE |
| | ) | |
| BRENNA KAY UNDERHILL, | ) | |
| (Defendant on Bond) | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF CRIMINAL PROCEEDING

☒ *TAKE NOTICE* - that the following proceeding has been scheduled as indicated below before the Honorable Joe Heaton, United States District Court, Oklahoma City, Oklahoma:

**Type of Proceeding:**

### SENTENCING HEARING

**PLACE**:  UNITED STATES COURTHOUSE
200 NW 4th Street
Courtroom No. 301
Oklahoma City, Oklahoma 73102

**DATE AND TIME**:

**February 22, 2018 at 10:00 a.m.**

☐ *TAKE NOTICE* - that the above criminal proceeding is **RESCHEDULED**:

Dated this 16th day of January, 2018.

**JOE HEATON, CHIEF U. S. DISTRICT JUDGE**

By:  s/Lisa Minter
Deputy Clerk

cc:  Chris Stephens, AUSA
Adam Banner, Esq.,
U.S. Marshal, Western District of Oklahoma
U.S. Probation and Pretrial Services Office