**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

**\*\*PHOTO ID IS REQUIRED FOR <u>ANYONE</u> ENTERING
THE FEDERAL COURTHOUSE\*\***

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | NO.  CR-17-00220-001-HE |
| ) | |
| BRENNA KAY UNDERHILL, ) | |
| (Defendant on Bond) ) | |
| ) | |
| Defendant. ) | |

**<u>AMENDED NOTICE OF CRIMINAL PROCEEDING</u>**

☐ *<u>TAKE NOTICE</u>* - that the following proceeding has been scheduled as indicated below before the Honorable Joe Heaton, United States District Court, Oklahoma City, Oklahoma:

**Type of Proceeding:**

**SENTENCING HEARING**

**PLACE**:   United States Courthouse          **DATE AND TIME**:
200 NW 4th Street
Courtroom No. 301                              **February 22, 2018, at 10:00 a.m.**
Oklahoma City, Oklahoma 73102

☒ *<u>TAKE NOTICE</u>* – that the above criminal proceeding is **RESCHEDULED**:

**<u>MARCH 9, 2018, AT 9:30 A.M.</u>**

Dated this 26th day of February, 2018.

**JOE HEATON, CHIEF U.S. DISTRICT JUDGE**

By:   <u>s/Christy Anderson</u>
Deputy Clerk

cc:   Chris Stephens, AUSA
Adam Banner, Esq.,
U.S. Marshal, Western District of Oklahoma
U.S. Probation and Pretrial Services Office