# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO.  CR-17-00220-001-HE |
| | ) | |
| BRENNA KAY UNDERHILL, | ) | |
| Defendant. | ) | |

## MINUTE SHEET OF PROCEEDINGS
## SENTENCING HEARING

| | |
|---|---|
| **Honorable Joe Heaton, Presiding** | Christy Anderson, Deputy Clerk |
| Emily Eakle, Court Reporter | Raquel Sweet, U.S. Probation Officer |
| | Date proceedings held: 03/09/2018 @ 9:30 a.m. to 10:15 a.m. Time in court: 45 minutes |

| | |
|---|---|
| Appearance for Government: Chris Stephens, AUSA | Appearance for Defendant: Adam Banner, Esq., |

**HEARING CONCLUDED**:  ☒ Yes;  ☐ No;

**Hearing Type:**  ☐ Sentencing Hearing – Contested;  ☒ Sentencing Hearing – Non Evidentiary;

**Held on count(s)** _____1_____ of the _____1_____ count:

☐ Indictment;  ☒ Information;  ☐ Superseding Indictment;  ☐ Superseding Information filed: 9/25/2017;

**Applicable Proceedings**:

| | | | |
|---|---|---|---|
| ☒ Sentencing held | ☒ Objections to the PSR heard | ☐ Plea Agreement accepted | ☐ Plea Agreement NOT accepted |
| ☒ Sentencing Guidelines | ☐ Downward Departure | ☐ Upward Departure | ☐ Settled/Guilty Plea |
| ☐ Witness Testimony heard | ☐ Evidence Entered | ☐ Other | |

**SENTENCING TEXT**:

☒ Defendant sentenced to a term of **PROBATION** for: _____5_____ years;

☐ Defendant sentenced to a term of **IMPRISONMENT** to the Bureau of Prisons for a term of: _____ months as to count(s)_____;

☐ Counts _____ to run ☐ concurrently; ☐ consecutive to each other;

☐ Defendant placed on a term of **SUPERVISED RELEASE** for a term of **THE COURT DOES NOT IMPOSE A TERM OF SUPVERVISED RELEASE**;

☐ Counts _____ to run ☐ concurrently; ☐ consecutive to each other;

☒ Additional **special conditions** imposed *(See judgment and commitment order for specifics)*;

**CRIMINAL MONETARY PENALTIES**:

☒ **Restitution** is ordered in the amount of:  $69,428.41_____;

    ☒ to be paid in installments ☒ due immediately;

☐      **Fine** imposed in the amount of $ -0-                             ;
        ☐ to be paid in installments ☐ due immediately;

☐      **JVTA Assessment** imposed in the amount of $ -0-                   ;
        ☐ to be paid in installments ☐ due immediately;

☒      $100.00 **special assessment** on Count(s)       1        due immediately;

**Government motions**:

☐      Count(s) _____ dismissed on motion by the government;

☐      Order dismissing original indictment/information entered upon motion of the government;

**Custody Status**:

☒      Defendant ordered to surrender to the designated institution on **Friday, March 30, 2018, at 6:00 p.m. to begin weekend incarceration; weekend incarceration to be served consecutively for 6 weekends (18 days) from 6:00 p.m. on Friday to 6:00 p.m. on Sunday;**

☐      Defendant failed to appear, Bench Warrant issued;

☒      **Bond** ☒ **Continued**; ☐ **Revoked**;

☐      **Custody/Detention continued**;

☐      Defendant **REMANDED** to the Custody of the U.S. Marshal pending service of sentence;

☐      Court **recommends** incarceration at _____;

☐      Other recommendations by the court _____;

**Appeal status**:

☒      Defendant advised of their right to appeal;

☐      Defendant requests Clerk to enter notice of appeal;

---

*Other proceedings*:   See judgment and commitment order for sentencing specifics;  Court Adjourned.

*Revised minute-sentencing-January, 2017*